AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  WIZMUR, Judith H. | 2. Court or Organization  U.S. Bankruptcy Court | 3. Date of Report  05/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)  ☐ Nomination Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

Mitchell H. Cohen Courthouse
P.O. Box 2067
Camden, New Jersey 08102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIZMUR, Judith H. | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | 10/29/2013 to 11/2/2013 | Atlanta, GA | Annual Conference | Lodging |
| 2. | American College of Bankrupcy | 03/15 to 03/16/2013 | Washington, DC | Conference | Lodging and transportation |
| 3. | American Bankruptcy Institute | 08/09/2013 | Hershey, PA | Panelist | Lodging |
| 4. | New York Institute of Credit | 11/07/2013 | New York, NY | Panelist | Lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WIZMUR, Judith H. | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIZMUR, Judith H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citizen Bank | A | Interest | J | T | | | | | |
| 2. Bank of America (See Note 1) | | | | | | | | | |
| 3. UBS Wealth Management Simple IRA | B | Int./Div. | L | T | | | | | |
| 4. --Striker | | | | | | | | | |
| 5. -- Teva Pharmaceutical | | | | | Sold | 01/29/13 | J | A | |
| 6. -- Air Product and Chemical | | | | | | | | | |
| 7. -- Chevron | | | | | Sold | 11/25/13 | J | A | |
| 8. -- Pepsico | | | | | | | | | |
| 9. -- Kohls | | | | | Sold | 12/04/13 | J | A | |
| 10. -- Texas Instruments | | | | | | | | | |
| 11. -- Corrections Corp of America | | | | | Sold | 01/29/13 | K | B | |
| 12. -- MacQuarie Infrastructure | | | | | Sold | 01/29/13 | J | A | |
| 13. -- Semgroup | | | | | Sold | 01/29/13 | J | A | |
| 14. -- Google | | | | | | | | | |
| 15. -- MacQuarle (See Note 2) | | | | | | | | | |
| 16. -- Merck | | | | | | | | | |
| 17. -- Travelers | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIZMUR, Judith H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- XPO Logistics | | | | | | | | | |
| 19. -- Access Midstream Partners, LP | | | | | | | | | |
| 20. -- Cedar Fair, LP | | | | | | | | | |
| 21. -- Equinix, Inc. | | | | | Buy | 01/29/13 | J | | |
| 22. -- American Tower, Corp. | | | | | Buy | 07/19/13 | J | | |
| 23. -- American Tower, Corp. | | | | | Buy | 09/24/13 | J | | |
| 24. -- Toal S.A. France Sponadr | | | | | Buy | 11/25/13 | J | | |
| 25. -- Mondelez International | | | | | Buy | 12/03/13 | J | | |
| 26. SEP Account | A | Int./Div. | L | T | | | | | |
| 27. --UBS Bank Depository Account | | | | | | | | | |
| 28. -- Teva Pharamceuticals | | | | | Sold | 01/29/13 | J | A | |
| 29. -- Sirius | | | | | | | | | |
| 30. -- Corrections Corp. of America | | | | | Sold | 01/29/13 | J | A | |
| 31. -- Kayne Anderson MLP Investment Co. | | | | | | | | | |
| 32. -- Visa | | | | | | | | | |
| 33. -- American Waterworks | | | | | | | | | |
| 34. -- First Republic Bank | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIZMUR, Judith H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Cedar Fair LP | | | | | | | | | |
| 36. -- Carter's Inc. | | | | | Buy | 01/29/13 | J | A | |
| 37. -- Kayne Anderson MLP Investment | | | | | Buy | 03/07/13 | J | | |
| 38. -- Kayne Anderson MLP Investment | | | | | Sold | 11/26/13 | J | A | |
| 39. ISRAELI BOND | | None | J | T | | | | | |
| 40. ING Direct Money Market Account | A | Interest | J | T | | | | | |
| 41. E-Trade Account | | | | | | | | | |
| 42. -- JP Morgan Municipal Market Fund | A | Interest | J | T | | | | | |
| 43. -- GLD ETF (See Note 3) | | | | | Buy | | J | | |
| 44. -- GLD ETF | | | | | Sold | 11/07/13 | J | | |
| 45. LPL Financial Joint SAM Account (See Note 4) | | | | | | | | | |
| 46. --Artisan Funds, Inc. Mid Cap Value Fund | | | L | T | | | | | |
| 47. --Artisan Funds, Inc. Small Cap Value | | | K | T | Sold | 01/30/13 | K | | |
| 48. --Artisan Funds Inc. Mid Cap Fund | | | K | T | | | | | |
| 49. --Columbia Acorn Trust Fund | | | L | T | Sold (part) | 11/29/13 | K | | |
| 50. --Dodge & Cox Stock Fund | | | M | T | Sold (part) | 02/01/13 | K | | |
| 51. -- Dodge & Cox Stock Fund | | | | | Sold (part) | 11/29/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIZMUR, Judith H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Columbia Fds. Serv. Tr. Mass Recovery & Infrastructure Fun | | | L | T | | | | | |
| 53. --Harbor Fund Cap Appreciation Fund | A | Interest | M | T | Sold (part) | 01/31/13 | K | | |
| 54. --Harbor Fund Cap Appreciation Fund | | | | | Sold (part) | 11/29/13 | K | | |
| 55. --Ivy Global Natural Resources | A | Interest | L | T | Sold (part) | 01/30/13 | K | | |
| 56. -- Mainstay Fund High Yield | A | Interest | L | T | Sold (part) | 05/29/13 | K | | |
| 57. --Blackrock Funds II Global Dividend Income Port | A | Interest | L | T | Sold (part) | 01/30/13 | K | | |
| 58. --Royce Fund Dividend Value Fund Investment Class | A | Interest | K | T | | | | | |
| 59. -- Miller Convertible | | | | | Buy | 05/30/13 | K | | |
| 60. UBS Portfolio Account | | | | | | | | | |
| 61. --Atlantic Cnty Vocational Sch G/O | | | L | T | | | | | |
| 62. --Fair Lawn NJ | | | L | T | Redeemed | 02/15/13 | L | | |
| 63. --Clark Twp NJ | | | L | T | | | | | |
| 64. --Port Authority NY & NJ | | | L | T | | | | | |
| 65. --Essex Cnty NJ Impt Auth | | | M | T | | | | | |
| 66. --General Electric Cap Comp Medium Term Notes Serf. | A | Interest | K | T | | | | | |
| 67. -- GNMA Pass Thu Pool | A | Interest | J | T | | | | | |
| 68. --Kearny NJ Mun Util Auth | | | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIZMUR, Judith H. | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --New Jersey St. Transn Tr Fd. Auth. | | | K | T | | | | | |
| 70. --New Jersey Econ Dev Auth | | | K | T | | | | | |
| 71. --Passaic Cnty NJ | | | L | T | | | | | |
| 72. --Plumsted Twp NJ BRD ED | | | L | T | | | | | |
| 73. --Port Auth NY & NJ | | | L | T | | | | | |
| 74. --Trenton NJ G/O Unltd B/E MBIA | | | K | T | | | | | |
| 75. -- Public Storage | | | | | Buy | 03/04/13 | K | | |
| 76. --New Jersey State EDL | | | | | Buy | 09/24/13 | K | | |
| 77. Mass Mutual Transitions Select Variable Annuity | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WIZMUR, Judith H. | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 in Part VII. Investments and Trusts - Please note the following for Line Item No. 2 - This entry was in error on the 2012 Disclosure Statement. The only account in Bank of America in 2012 was ▨▨▨▨▨▨ The account is ▨ property. We have no other account.

Note 2 in Part VII. Investments and Trusts - Please note the following for Line Item No. 15 - See Line Item 12. Sold 1/29/2013.

Note 3 in Part VII. Investments and Trusts - Please note the following for Line Item No. 44 - Date of Purchase is unknown

Note 4 in Part VII. Investments and Trusts - Please note the following for Line Item No. 46. - The Wells Fargo Advisors account noted in the 2012 Disclosure Statement was divided and transferred to other accounts in 2013. Items 48 to 58 listed on the 2012 Disclosure Statement were transferred on 1/18/13 to LPL. Financial ▨ SAM Account, while items 59 through 72 were transferred on 1/9/13 to UBS Portfolio Account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Judith H. WIZMUR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544